UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GEORGE SMITH** | **CASE NO. 3:22-CV-01319** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TOWN OF LAKE PROVIDENCE ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss [Doc. No. 6] for failure to state a claim upon which relief can be granted, filed by Defendants Taquez Tibbs ("Tibbs"), Leroy Threats ("Threats"), and the Town of Lake Providence, is **GRANTED IN PART**, and Plaintiff's § 1983 claims against Tibbs in his official capacity, Threats in his individual and official capacities, and the Town of Lake Providence are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motion to Dismiss [Doc. No. 6] is otherwise **DENIED**.

MONROE, LOUISIANA, this 1st day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE